ARON ELLMAN et al., Appellants, *v.* M. E. G. REALTY CORPORATION, Respondent.

(Submitted October 15, 1928; decided October 23, 1928.)

*Jacob Rieger* for motion.

*Meyer D. Siegel* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the appeal has been taken from the order of the Appellate Division and not from the judgment entered thereon.